UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                      Plaintiff(s),

-v-

                                      Defendant(s).
------------------------------------------------------------------- X

____ Civ. _____ (KBF)

SCHEDULING ORDER

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do   / do not   ]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 20 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: _____. **[within 4 months unless the case is particularly complex]**

4. Close of expert discovery: _____. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   The parties contemplate experts in this matter for the following subject(s): _____.

5. **[For F.L.S.A. actions only]** Plaintiff(s) **[do   / do not   ]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

     Section 216(b) proposed briefing schedule:
     Opening:     _____ **[30 days after initial conference]**
     Opp'n:       _____ **[21 days after opening brief]**
     Reply:       _____ **[7 days after opposition brief]**

6. The parties **[do    / do not  X  ]** anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) _____.

     Proposed briefing schedule:
     Opening:     _____ **[no later than item 3]**
     Opp'n:       _____ **[21 days after opening brief]**
     Reply:       _____ **[7 days after opposition brief]**
     *Last dates to file; motions may be brought at any time.*

7. Trial **[will    / will not    ]** be before a jury.[2]

**DO NOT FILL IN BELOW.  THE COURT WILL SET ITEMS 7-10.**

8. The next status conference is set for _____ at _____.

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

    Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later.  <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later.  (No replies.)[3]

11. Trial in this matter shall commence on _____**.**  Trial is anticipated to take _____ **[days / weeks]**.

    **Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

    SO ORDERED.
    Dated: New York, New York
    _____, 2018

                                           _____
                                             KATHERINE B. FORREST
                                             United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b).  It serves a purely administrative function.

[3] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change.  The parties may request modified schedule if desired.