UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

:

JACQUELINE GRAY,                                              :

:

Plaintiff,         :

:

-v-                                    :              18-cv-179 (KBF)

:

COLUMBUS AVE. FAST FOOD, LLC,                 :                 ORDER

:

Defendant.         :

:

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 5, 2018

KATHERINE B. FORREST, District Judge:

The Court held a duly-noticed initial pretrial conference ("IPTC") on March 2, 2018.  Defendant did not appear, nor has it yet entered an appearance in this matter.

The Court notes that plaintiff has already begun the process of moving for default.  Plaintiff should move for default judgment pursuant to this Court's Individual Rules **not later than April 4, 2018.**

Plaintiff's counsel is directed to serve this Order on defendant and file proof of such service on the docket.

SO ORDERED.

Dated:      New York, New York
            March 5, 2018

_____
KATHERINE B. FORREST
United States District Judge